# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK OMOYUMA SILVER,
　　　　　　　　Appellant,

vs.

CANDICE KATIE TOWNER,
　　　　　　　　Respondent.

No. 84467

FILED

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying an objection to a substitution of counsel for respondent. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows an appeal from an order denying an objection to a substitution of counsel. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

---

[1]Given this dismissal, this court takes no action in regard to the motion filed on April 11, 2022.

22-12134

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick Omoyuma Silver
Candice Katie Towner
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A